ADAM PAUL LAXALT
 Attorney General
ROBERT W DELONG, Bar No. 10022
 Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants*
*Quentin Byrne, Tara Carpenter,*
*Brian Connett, Carl Hanner,*
*Benjamin Horn, William Sandie,*
*and David Tristan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN L. WILLIAMS-EL, | Case No. 3:17-cv-00265-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| D. TRISTAN, et al., | |
| Defendants. | |

Plaintiff John L. Williams-El, appearing *pro* se, and Defendants Quentin Byrne, Tara Carpenter, Brian Connett, Carl Hanner, Benjamin Horn, William Sandie, and David Tristan, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 20TH day of September, 2018.

By: _____
John L. Williams-El
*Plaintiff, Pro Se*

DATED this 4TH day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
ROBERT W. DeLONG
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 4th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of October, 2018, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/CFE Electronic Filing to:

JOHN L. WILLIAMS-EL #66835
C/O LCC LAW LIBRARIAN
1200 PRISON ROAD
LOVELOCK, NV 89401
LCCLAWLIBRARY@DOC.NV.GOV

_____
An employee of the
Office of the Attorney General